UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: DAWANDA CURRY                                    CASE NO: 15-32674-DHW
1202 GATSBY DR
MONTGOMERY, AL 36106

Soc. Sec. No. XXX-XX-9889
Debtor.

## INCOME WITHHOLDING ORDER

TO: KINDERICK HEALTHCARE
ATTN PAYROLL
680 SO 4TH ST
LOUISVILLE, KY 40202

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that KINDERICK HEALTHCARE withhold from the wages, earnings, or other income of this debtor the sum of **$231.00 BI-WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE**
**15-32674-DHW DAWANDA CURRY**
**P O BOX 613108**
**MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Wednesday, March 9, 2016 .

cc: Debtor                                          */ s / Dwight H. Williams Jr.*
Debtor's Attorney                                   Dwight H. Williams Jr.
                                                    United States Bankruptcy Judge